```
                               United States Bankruptcy Court
                                  Northern District of Ohio
In re:                                                           Case No. 19-10499-jps
Tracie M. Chapman                                                Chapter 13
         Debtor             CERTIFICATE OF NOTICE
District/off: 0647-1          User: ejone                  Page 1 of 3                   Date Rcvd: Sep 20, 2019
                              Form ID: 187                 Total Noticed: 80

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 22, 2019.
db             +Tracie M. Chapman,    17412 Invermere Avenue,    Cleveland, OH 44128-1658
25860368       #+Alltran Financial, LP,    PO Box 610,    Sauk Rapids, MN 56379-0610
25860373        +Chase Bank,    Mail Code OH1-1272,    340 S Cleveland Ave, Bldg. 370,
                 Westerville, OH 43081-8917
25860374        +Check Into Cash of Ohio,    ATTN Collections,    PO Box 550,    Cleveland, TN 37364-0550
25906436         Check Into Cash/dba/Check Into Cash of Ohio,    Attn: Collections,    PO Box 550,
                 Cleveland, TN 37364-0550
25860375         City of East Cleveland,    Automated Traffic Control Violation,    PO Box 742503,
                 Cincinnati, OH 45274-2503
25860376        +City of Euclid,    585 E 222nd Street,    Euclid, OH 44123-2026
25860377        +Cleveland Public Power,    1300 Lakeside Ave., East,    Cleveland, OH 44114-1135
25860381         Credence Resource Management,    PO Box 2238,    Southgate, MI 48195-4238
25863020        +Credit Acceptance Corp,    25505 W. Twelve Mile Road,    #3000,    Southfield, MI 48034-8331
25860382        +Credit Acceptance Corp.,    25505 W. 12 Mile Road,    Southfield, MI 48034-8316
25860385        +CreditCorp of Ohio,    1940 Bucholzer,    Akron, OH 44310-1826
25913576         DOMINION ENERGY OHIO,    P.O. BOX 5759,    CLEVELAND, OH 44101-0759
25860386         Dollar Bank,    3 Gateway Center,    Pittsburgh, PA 15222
25860387         Dominion Energy Ohio,    PO Box 26785,    Richmond, VA 23261-6785
25860389        +Exclusively Skin LLC,    9565 Midwest Ave., Ste C,    Cleveland, OH 44125-2421
25860391        +First Federal Credit Control,    24700 Chagrin Blvd., Ste. 205,    Beachwood, OH 44122-5662
25860392         First Premier Bank,    PO Box 5519,    Sioux Falls, SD 57117-5519
25860393         GEICO,    One Geico Plaza,    Bethesda, MD 20811-0001
25860396         IC System Inc.,    PO Box 64437,    Saint Paul, MN 55164-0437
25860400        +Lavern Simms,    9017 Folsom,    Cleveland, OH 44104-2326
25860401       #+Loan Max,    3810 Lee Road,    Cleveland, OH 44128-1468
25860404         Neighborhood Family Practice,    4115 Bridge Ave., Ste 300,    Cleveland, OH 44113-3304
25860405        +Northland Group Inc,    Po Box 390846,    Minneapolis, MN 55439-0846
26064723         Ohio Dept. of Job & Family Services,    Attn: OUIO - Tax Appeals,    P.O. Box 182830,
                 Columbus, OH 43218-2830
25860407        +Planet Fitness, LLC,    113 Crosby Road, Ste 15,    Dover, NH 03820-4370
25860409        +Premier Smiles,    13990 Cedar Road,    Cleveland, OH 44118-3204
25860410         Progressive,    DEPT 0586,    Carol Stream, IL 60132-0586
25860412         Robert Chapman,    17412 Invermere Ave.,,    Cleveland, OH 44128-1658
25860413         Sirius XM Radio Inc,    PO Box 9001399,    Louisville, KY 40290-1399
25860417        +TaNisha Washington,    2534 E 84th Street,    Cleveland, OH 44104-2210
25860419        +Team Ferrari Auto Sales,    6720 Harvard Avenue,    Cleveland, OH 44105-4911
25860422         Trident Asset Management,    PO Box 888424,    Atlanta, GA 30356-0424
25860423        +UCB,    PO Box 89471,    Cleveland, OH 44101-6471
25860424        +UH Urgent Care Ctrs,    ATTN # 8792M,    PO Box 14000,    Belfast, ME 04915-4033
25860426       ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                 (address filed with court: US Bank,    PO Box 1800,    Saint Paul, MN 55101-0800)
25860425        +Union Motor Cars,    7504 Union Avenue,    Cleveland, OH 44105-1553

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: uibankruptcy@jfs.ohio.gov Sep 20 2019 23:22:08
                 State of Ohio,Department of Job and Family Service,    PO Box 182404,    Columbus, OH 43218-2404
25860370         E-mail/Text: g17768@att.com Sep 20 2019 23:20:08       AT&T,    PO Box 5014,
                 Carol Stream, IL 60197-5014
25860367         E-mail/Text: bankruptcy1@acecashexpress.com Sep 20 2019 23:21:56       Ace Cash Express,
                 15701 Broadway Avenue,    Maple Heights, OH 44137-2516
25860369        +E-mail/Text: documents@apellesnow.com Sep 20 2019 23:22:18       Apelles,
                 3700 Corporate Drive, Ste 240,    Columbus, OH 43231-5001
25961450        +E-mail/Text: BKRMailOps@weltman.com Sep 20 2019 23:21:52       CITY OF EUCLID,
                 c/o Weltman, Weinberg & Reis, Co., L.P.A,    323 W. Lakeside Avenue, Ste 200,
                 Cleveland, OH 44113-1009
25860420         E-mail/Text: bankruptcy@firstenergycorp.com Sep 20 2019 23:21:42       The Illuminating Company,
                 Bankruptcy Dept.,    6896 Miller Road, Ste 204,    Brecksville, OH 44141
25860371         E-mail/Text: cms-bk@cms-collect.com Sep 20 2019 23:21:00       Capital Management Services, LP,
                 698 1/2 S. Ogden Street,    Buffalo, NY 14206-2317
25860378        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 20 2019 23:21:04       Comenity Bank,
                 Bankruptcy Department,    PO Box 182125,    Columbus, OH 43218-2125
25860379        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 20 2019 23:21:04
                 Comenity Bank/Ashley Stewart,    PO Box 182789,    Columbus, OH 43218-2789
25860380        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 20 2019 23:21:04       Comenity Bank/Avenue,
                 PO Box 182789,    Columbus, OH 43218-2789
25860383        +E-mail/Text: bankruptcy_notifications@ccsusa.com Sep 20 2019 23:22:42
                 Credit Collection Svcs,    725 Canton Street,    Norwood, MA 02062-2679
25860384         E-mail/PDF: creditonebknotifications@resurgent.com Sep 20 2019 23:23:52        Credit One Bank,
                 P O Box 98872,    Las Vegas, NV 89193-8872
25860388         E-mail/Text: bknotice@ercbpo.com Sep 20 2019 23:21:49       ERC,    PO Box 23870,
                 Jacksonville, FL 32241-3870
25860390         E-mail/Text: bnc-bluestem@quantum3group.com Sep 20 2019 23:22:22       Fingerhut,    PO Box 166,
                 Newark, NJ 07101-0166
```

```
District/off: 0647-1           User: ejone              Page 2 of 3            Date Rcvd: Sep 20, 2019
                               Form ID: 187             Total Noticed: 80

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
25860394      +E-mail/Text: bankruptcies@halstedfinancial.com Sep 20 2019 23:22:40
               Halsted Financial Services,    PO Box 828,    Skokie, IL 60076-0828
25860395      +E-mail/Text: bankruptcy@huntington.com Sep 20 2019 23:21:29      Huntington Bank,
               1545 E 260th St,    Euclid, OH 44132-3102
25860398       E-mail/Text: cio.bncmail@irs.gov Sep 20 2019 23:20:19      IRS,   Central Insolvency Center,
               PO Box 21126,    Philadelphia, PA 19114
25860397      +E-mail/Text: jolene.cozad@if-na.com Sep 20 2019 23:22:39      Integrity Funding Ohio LLC,
               84 Villa Road,    Greenville, SC 29615-3052
25860399       E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 20 2019 23:22:02      Jefferson Capital Systems,
               16 McLeland Road,    Saint Cloud, MN 56303
25860402      +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 20 2019 23:23:15      LVNV Funding,
               55 Beattie PLace, Ste 110,    Greenville, SC 29601-5115
25911096       E-mail/PDF: resurgentbknotifications@resurgent.com Sep 20 2019 23:23:36      LVNV Funding, LLC,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
25987245       E-mail/Text: uibankruptcy@jfs.ohio.gov Sep 20 2019 23:22:08
               Ohio Dept. of Job & Family Services,    Attn: OUIO - Tax Appeals,    P.O. Box 182404,
               Columbus, OH 43218-2404
25878563      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 20 2019 23:35:03
               Orion Portfolio Services, LLC,    c/o PRA Receivables Management, LLC,    PO Box 41021,
               Norfolk VA 23541-1021
25860408       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 20 2019 23:34:26
               Portfolio Recovery,    PO Box 12914,    Norfolk, VA 23541
25976106       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 20 2019 23:23:51
               Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
25861554      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 20 2019 23:23:33
               PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
25911098       E-mail/PDF: resurgentbknotifications@resurgent.com Sep 20 2019 23:23:15
               Pinnacle Credit Services, LLC,    Resurgent Capital Services,    PO Box 10587,
               Greenville, SC 29603-0587
25860406      +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 20 2019 23:23:16
               Pinnacle Credit Svcs,    PO Box 10497, Ste 110,    Greenville, SC 29603-0497
25893830      +E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 20 2019 23:22:02      Premier Bankcard, Llc,
               Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
25865949       E-mail/Text: bnc-quantum@quantum3group.com Sep 20 2019 23:21:11
               Quantum3 Group LLC as agent for,    MOMA Trust LLC,    PO Box 788,   Kirkland, WA  98083-0788
25865950       E-mail/Text: bnc-quantum@quantum3group.com Sep 20 2019 23:21:11
               Quantum3 Group LLC as agent for,    CP Medical LLC,    PO Box 788,   Kirkland, WA  98083-0788
25878086       E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Sep 20 2019 23:23:15      Regional Acceptance Corporation,
               PO Box 1847,    Wilson, NC 27894-1847
25860411       E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Sep 20 2019 23:23:15      Regional Acceptance Corporation,
               PO Box 580075,    Charlotte, NC 28258-0075
25860415      +E-mail/Text: bncnotices@stengerlaw.com Sep 20 2019 23:20:08      Stenger & Stenger,
               2618 E Paris Ave, SE,    Grand Rapids, MI 49546-2458
25860416       E-mail/PDF: ais.tmobile.ebn@americaninfosource.com Sep 20 2019 23:23:42
               T-Mobile Bankruptcy Team,    PO Box 53410,    Bellevue, WA 98015
25870798       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 20 2019 23:23:16      T Mobile/T-Mobile USA Inc,
               by American InfoSource as agent,    PO Box 248848,    Oklahoma City, OK  73124-8848
25870204      +E-mail/Text: bankruptcy@huntington.com Sep 20 2019 23:21:29      The Huntington National Bank,
               3 Cascade Plaza CAS056,    Akron, OH 44308-1124
25950783      +E-mail/Text: bankruptcy@firstenergycorp.com Sep 20 2019 23:21:42      The Illuminating Co,
               5001 NASA Blvd,    Fairmont, WV 26554-8248
25860421       E-mail/Text: DL-ICOMSBankruptcy@charter.com Sep 20 2019 23:22:13
               Time Warner Cable - Northeast,    PO Box 0901,    Carol Stream, IL 60132-0901
25969296       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 20 2019 23:23:16      Verizon,
               by American InfoSource as agent,    PO Box 4457,    Houston, TX  77210-4457
25860429      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Sep 20 2019 23:19:57
               Verizon Wireless Bk Dept,    PO Box 3397,    Bloomington, IL 61702-3397
25860430       E-mail/Text: bankruptcynotice@westlakefinancial.com Sep 20 2019 23:21:34
               Westlake Financial Services,    PO Box 54807,    Los Angeles, CA 90054-0807
25860431      +E-mail/Text: ebankruptcy@woodforest.com Sep 20 2019 23:22:10      Woodforest National Bank,
               PO Box 7889,    Spring, TX 77387-7889
                                                                                              TOTAL: 43

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
25860428*    ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court:  US Bank,    PO Box 790408,    Saint Louis, MO 63179)
25860427*    ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court:  US Bank,    Shaker Square Office,    13127 Shaker Blvd,
              Cleveland, OH 44120-2312)
25860372   ##++++CENTRAL CREDIT SVCS, INC.,    2070 LITTLE HILLS EXPY,    SAINT CHARLES MO  63301-3708
              (address filed with court:  Central Credit Svcs, Inc.,    20 Corporate Hills Drive,
              Saint Charles, MO 63301)
25860403     ##Monarch Recovery,    PO Box 21089,    Philadelphia, PA 19114-0589
25860414    ##+St Martin de Porres High School,    6111 Lausche Ave,    Cleveland, OH 44103-1500
25860418     ##Tate & Kirklin Associates,    2810 Southampton Road,    Philadelphia, PA 19154-1207
                                                                               TOTALS: 0, * 3, ## 4
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 20, 2019 at the address(es) listed below:
          Lauren A. Helbling    ch13trustee@ch13cleve.com, lhelbling13@ecf.epiqsystems.com
          Renee  Heller    on behalf of Debtor Tracie M. Chapman rhlegal@aol.com
          Timothy M. Sullivan    on behalf of Creditor   State of Ohio,Department of Job and Family Services
           tim@tmslaw.net, jkoberg@tmslaw.net
                                                                                           TOTAL: 3

Northern District Of Ohio
United States Bankruptcy Court
Howard M. Metzenbaum U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114–1235

**Case No. 19–10499–jps**

**In re:**
Tracie M. Chapman
**Aka** –Tracie M Washington, Tracie Norris
17412 Invermere Avenue
Cleveland, OH 44128

**Social Security No.:**
xxx–xx–6350

### NOTICE OF HEARING

**To the Creditors and Parties in Interest:**

Notice is hereby given that a hearing in the above case will be held at the U.S. Bankruptcy court on:

**Date/Time/Location of Hearing**
October 3, 2019 at 9:30 a.m.
in Courtroom 2B
Before the Honorable Judge Jessica Price Smith

To consider and act upon the following matters:

[51] Debtor's Motion to Reinstate Case.
[53] Trustee's Objection.
Interested parties need to be present at the hearing.

**Dated:** September 20, 2019
Form ohnb187

For the Court
Josiah C. Sell (Acting), Clerk